**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  05-CR-00325-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LUIS ALFONSO CHAVEZ-LOPEZ,
2. MANUEL HIPOLITO BURCIAGA-ANDAZOLA,
3. JESUS HOMERO BURCIAGA-ANDAZOLA,
4. JENNIFER BURCIAGA,
5. WILLY ARMENDARIZ,
    a/k/a "Adan Armendariz-Carrillo,"
6. NICOLAS CHAVEZ,
7. RICHARD PAUL MARTINEZ,
8. DANIELLE MOYA, and
9. JOHN CAIN,

      Defendants.

## SCHEDULING ORDERS

**Blackburn, J.**

On December 9, 2005, I held another status and scheduling conference. I received again the reports and requests of the participating parties.[1] At the conclusion of the conference, I entered certain findings of fact, conclusions of law, and orders. This order is entered to reiterate, expatiate, and supplement those findings, conclusions, and orders.

---

[1] Defendant number three, Jesus Homero Burciaga-Andazola, remains a fugitive. Defendant number nine, John Cain, was excused again.

None of my findings, conclusions, or orders was opposed by any party. I have considered again the provisions of the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74. Specifically, I have considered the factors enumerated in 18 U.S.C. § 3161(h)(8)(B)(i)-(iv). I reiterate my conclusion that the ends of justice served by continuing to script the evolution of this case as I have outweigh the best interests of the public and the defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A).

**THEREFORE, IT IS ORDERED** as follows:

1. That by February 7, 2006, the parties shall file all pretrial motions relating to discovery;

2. That by April 10, 2006, the parties shall file all other substantive pretrial motions;[2]

3. That any party seeking to respond to a pretrial motion shall respond within 20 days of its filing;

4. That the court shall conduct its next status and scheduling conference on Friday, May 12, 2006, commencing at 10:00 a.m., at which time counsel and the defendants shall appear in person, unless sooner excused or permitted to appear telephonically or otherwise; and

5. That at the next status and scheduling conference the court shall discuss, *inter alia*, the following:

    a. the status of pending pretrial motions;

---

[2] This deadline does not affect the filing of CJA motions, which for now are not subject to a filing deadline.

       b. the court's requirements relating to issues implicating Fed.R.Evid. 404(b), 702, and 801(d)(2)(E); and

       c. the scheduling of motions' hearing(s), trial preparation conference, and jury trial.

Done in chambers December 12, 2005, to reiterate, expatiate, and supplement the findings of fact, conclusions of law, and orders entered from the bench in open court on December 9, 2005.

                            **BY THE COURT:**

                            **s/ Robert E. Blackburn**
                            **Robert E. Blackburn**
                            **United States District Judge**