UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 05-cr-00325-REB-01

**UNITED STATES OF AMERICA**,

       Plaintiff,

vs.

**1.     LUIS ALFONSO CHAVEZ-LOPEZ,**

       Defendant.

---

**ORDER REGARDING NOTICE OF DISPOSITION**

---

       The Court orders that the parties are to contact the clerk of this Court no later than May 18 to set a hearing date for entry of a plea in this matter.

DATED this 9th day of May, 2006.

s/ Robert E. Blackburn_____
JUDGE ROBERT E. BLACKBURN

1